**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ALLEN PHILLIPS,**

    **Plaintiff,**

v.                                                     Case No.  8:05-cv-948-T-30TGW

**CITY OF ST. PETERSBURG, et al.,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Notice Opposing Removal (Dkt. # 12), which the Court construes as a motion to remand, and Defendants' Response to Motion to Remand (Dkt. # 13). The Court, having considered the motion and response, and being otherwise fully advised, finds that the motion should be denied.

It is therefore ORDERED AND ADJUDGED that:

1.     Plaintiff's Notice Opposing Removal (Dkt. # 12), which the Court construes as a motion to remand, is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on June 21, 2005.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-948.mot remand.wpd